UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Brett A. Bayo,

                Defendant.

---

7:21-MJ-11307(MRG)

**JUDGMENT**

      The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 29, 2021 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on November 24, 2021, it is,

      ORDERED, ADJUDGED AND DECREED: that the Defendant, Brett A. Bayo, pay a fine in the amount of $100.00 to the White Plains Clerk's Office, to be paid by January 20, 2022 or appear on January 21, 2022 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge